IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

In re:

RUFF FINANCIAL

Case No. 91-22935

ORDER TO PAY UNCLAIMED FUNDS

2003 MAY 12 P 3:56

P1034685/0064

It appearing that the check made payable to Charles Aratow, DDS, in the amount of $ 3,273.17 was not charged against the bank account of the debtor, Ruff Financial, within the 90 day limit and an unclaimed money report was entered on March 4, 2003 to close the account and transfer the monies into the registry of the Clerk, U. S. Bankruptcy Court, and

It further appearing that Alan Aratow, Trustee for the Charles Aratow Living Trust DTD June 30, 1996 now claiming the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $3,273.17 to Alan Aratow, Trustee for the Charles Aratow Living Trust, Dtd June 30, 1996.

DATED: 5-21-03

_William J. Thurman_
United States Bankruptcy Judge